AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Edwin BANEGAS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:25-mj-00066<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 27, 2025__ in the county of __Washington__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a) (1) | Possession with intent to distribute controlled substances (Fentanyl) |

This criminal complaint is based on these facts:

See affidavit of DEA, Special Agent Alexander Laub, which is attached and incorportated fully by reference

☐ Continued on the attached sheet.

_By Phone_
*Complainant's signature*

Alexander Laub, Special Agent, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __2:51__ p.m.

Date: __3/19/2025__

*Stacie F. Beckerman* (signature)
*Judge's signature*

City and state: __Portland, Oregon__     Stacie F. Beckman, United States Magistrate Judge
*Printed name and title*